McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD L. PORTER, ) | 1:06-cv-00880-OWW-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING HEARING DATE** |
| v. ) | |
| ) | |
| DONALD C. WINTER, Secretary ) | |
| of the Department of the Navy,) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court is presently scheduled to hear defendant Donald C. Winter's ("Navy") motion to dismiss on Monday, December 11, 2006. Plaintiff Ronald L. Porter ("Plaintiff") and defendant Navy stipulate and agree to continue this hearing until Monday, February 26, 2007, and respectfully request the Court to endorse this stipulation by way of formal order.

Good cause exists in support of this stipulation. Plaintiff lives in Ridgecrest and cares full time for a person with special needs. He is also in the midst of locating an attorney to consult or assist him with this case. Plaintiff is unavailable to attend the hearing presently scheduled to take place on December 11, 2006, and seeks to continue the hearing until a date

1
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**

after the holiday season.  Counsel for the Navy has a five week condemnation trial set to begin in Department 2 on January 17, 2007.  He can accommodate a hearing date extended until after the new year, but if so he will not be available to participate until after the above trial.

Based on the above, the parties agree to continue this matter's hearing on the Navy's motion to dismiss from December 11, 2006 until February 26, 2007.  The parties therefore propose the following new schedule, and request that the court endorse it by way of formal order:

**MATTER** (prior deadline in parentheses)        **CONTINUED DATE**

Hearing on Navy's
Motion to Dismiss (Dec. 11, 2006)                 February 26, 2007

                    Respectfully submitted,
**FOR PLAINTIFF:**

Dated: November 14, 2006          RONALD L. PORTER

                                       (As auth. 11/14/06)
                                  _/s/ Ronald L. Porter
                                  By: Ronald L. Porter, Pro Se

**FOR DEFENDANT NAVY:**

Dated: November 15, 2006          McGREGOR W. SCOTT
                                  United States Attorney

                                  _/s/ Brian W. Enos_____
                                  By: BRIAN W. ENOS
                                  Assistant U.S. Attorney

                         **ORDER**
    IT IS SO ORDERED.

**Dated:   November 21, 2006              /s/ Oliver W. Wanger**
emm0d6                            UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**