**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD L. PORTER, | CASE NO. CV F 06-0880 LJO SMS |
| Plaintiff, | **SUA SPONTE REQUEST FOR DOCUMENT; HEARING CONTINUED PENDING REQUEST** |
| vs. | |
| DONALD C. WINTER, Secretary of the Department of the Navy, | Hearing Date: May 25, 2007<br>Hearing Time: 8:30 a.m.<br>Courtroom: 4 (LJO) |
| Defendant. | |

After reading and reviewing Plaintiff's second amended complaint and Defendant's subsequent motion to dismiss, the Court REQUESTS a copy of the following documents:

(1) United States Equal Employment Opportunity Commission, Office of Federal Operations decision denying reconsideration, dated April 12, 2006; and

(2) Final decision from Navy on Porter's Request for attorney's fees and costs, dated April 1, 2004.

The May 4, 2007 hearing is CONTINUED pending the request and subsequent filing by the parties. A new hearing date is set for May 25, 2007 at 8:30 a.m. Therefore, Plaintiff's Opposition to Defendant's Motion to Dismiss will be due on or before May 11, 2007. The parties shall send a copy of the requested documents to mgiacomazzi@caed.uscours.gov.

IT IS SO ORDERED.

Dated:   April 26, 2007                         /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE