IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER, | CASE NO. CV F 06-0880 LJO SMS |
| Plaintiff, | **NOTICE OF INTENT TO CLOSE ACTION** |
| vs. | |
| DONALD C. WINTER, Secretary of the Department of Navy, | |
| Defendant. / | |

Given the inactivity in this action, this Court will close this action, unless no later than March 14, 2012, papers are filed and served showing good cause not to close this action.

IT IS SO ORDERED.

**Dated:   March 5, 2012**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE