UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER, | 1:06-cv-00880-LJO-SMS |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST/MOTION FOR RECORDING CONFERENCES AND HEARINGS** (Doc. 62) |
| vs. | |
| MAY MABUS, Secretary, U.S. Department of Navy, | **ORDER DIRECTING CLERK TO SERVE PRO SE PLAINTIFF BY MAIL** |
| Defendant. | |

Plaintiff's written request/motion that conferences and hearings be recorded so that he may obtain copies of same to ensure compliance with all directives was verbally GRANTED in court on April 10, 2012 at 1:30 p.m. in Courtroom No. 1, the time and place set for the telephonic scheduling conference, by the Honorable Sandra M. Snyder, United States Magistrate Judge. Nonetheless, the Court hereby formally GRANTS Plaintiff's request that conferences and hearings be held on the record and recorded.

Plaintiff further requested that he be informed as to how to obtain copies of said recordings. Plaintiff shall contact the court's Electronic Court Reporter Operator ("ECRO") Otilia Figueroa at (559) 499-5928 for any copies of same.

IT IS SO ORDERED.

**Dated:   April 11, 2012**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE