IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>            Plaintiff,<br><br>   vs.<br><br>DONALD C. WINTER, Secretary of the Department of the Navy<br><br>            Defendant.<br>_____/ | CASE NO. 1:06-CV-00880-LJO-SMS<br><br>**ORDER DIRECTING DEFENDANT TO FILE REPLY BRIEF** |

      This Court orders defendant Donald C. Winter to file a reply to plaintiff Ronald L. Porter's opposition filed on March 18, 2013. (Doc. 88). The brief shall address Mr. Porter's argument that review under the Administrative Procedures Act does not apply, pursuant to 5 U.S.C. § 704, because Mr. Porter has an adequate judicial remedy by pursuing attorney's fees under Title VII. (Doc. 88-1). Defendant Winter may also address any further issues he deems relevant. The reply brief is due within seven (7) days of electronic service of this order. The brief shall not exceed ten (10) pages.

      IT IS SO ORDERED.

**Dated:   March 19, 2013**           /s/ **Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE