IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER, | CASE NO. 1:06-cv-00880-LJO-SMS |
| Plaintiff, | **ORDER CLOSING CASE** |
| vs. | |
| DONALD C. WINTER, Secretary of the Department of the Navy, | |
| Defendant. | |

On April 4, 2013, this Court denied plaintiff's motion to increase the fees and costs previously awarded by the Equal Employment Opportunity Commission. With regard to costs, the Court found that plaintiff was paid more than he was entitled and gave defendant seven (7) calendar days to seek reimbursement. The time for seeking reimbursement has expired and the Court has not heard from defendant. Accordingly, this Court DIRECTS the clerk to enter judgment in favor of defendant Donald C. Winter, Secretary of the Department of the Navy and against plaintiff Ronald L. Porter and to close this action.

IT IS SO ORDERED.

Dated: **April 15, 2013**        /s/  **Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE